United States District Court
Southern District of Ohio, Western Division
Clerk of Court
103 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202

January 2, 2020

Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard South,
 1st Floor
Office of the Clerk
Las Vegas, NV 89101-7065

In re: USA v. Casey Luczak, 1:20cr001 (your # 2:08cr161)

Dear Clerk of Courts:

Enclosed please find the copy of the signed original PRB22 transferring supervised release to this court from your court.   I have electronically obtained copies of the docket sheet, Information and Judgment.

Please let me know if you have any questions.   I can be reached at 513-564-7699.

Sincerely,

RICHARD W. NAGEL, Clerk
Southern District of Ohio, Cincinnati

_____
Barbara A. Crum, Deputy Clerk

Attachment